IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM THEODORE BRADLEY<br>a/k/a Billy Bradley | No. **5-19CR0071-C** |

## INDICTMENT

The Grand Jury Charges:

Count One
Cyber Stalking
(Violation of 18 U.S.C. § 2261A(2)(B))

Between in or about February 2018, through on or about the date of this indictment, in the Lubbock Division of the Northern District of Texas, and elsewhere, **William Theodore Bradley,** a/k/a Billy Bradley, defendant, with the intent to harass and intimidate, and place under surveillance with the intent to harass and intimidate another person, A.W., used an interactive computer service, an electronic communication service, an electronic communication service of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to A.W.

In violation of Title 18, United States Code, Section 2261A(2)(B).

**William Theodore Bradley**
Indictment - Page 1

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
RUSSELL H. LORFING
Assistant United States Attorney
Texas State Bar 24070173
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:   806-472-7394
E-mail:      russell.lorfing@usdoj.gov

William Theodore Bradley
Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

WILLIAM THEODORE BRADLEY
a/k/a Billy Bradley

INDICTMENT

COUNT 1:      CYBERSTALKING
              Title 18, United States Code, Section 2261A(2)(B)

(One count)

A true bill rendered,

Lubbock _____ Foreperson

Filed in open court this 12th day of June, A.D. 2019

_____ Clerk

WARRANT TO ISSUE AS TO DEFENDANT.

_____
UNITED STATES MAGISTRATE JUDGE

William Theodore Bradley
Indictment - Page 3